In the U.S. District Court
for the Middle District of Tennessee
Nashville, Tennessee

Plaintiff
James Lambert

v.

Defendant
CoreCivic / Commisoner Tony Parker
DR Odelia M.D. — Elayia Rodela M.D.
CoreCivic / South Central C/F
Nurse Practioner Mary Dean NP.

Hon Judge:
Case No:
**01-21 0053**

Jury Demand.

Complaint for Violation of Civil Rights
under 42 U.S.C. 1983

① Previous Law Suits:

A. Have you begun other Lawsuits in state or Federal court dealing with this issue and Facts.
☐ yes ☒ NO

② Parties to Law suit:
Name and Address's

James Lambert — Plaintiff
SCCF
555 Forrest Ave P.O. Box 279
Clifton, TN 38425

CoreCivic / South Central Correctional Facility — Defendant
555 Forrest Ave P.O. Box 279
Clifton, TN 38425
ATTN Warden Perry.

James Lambert U.S.C. 1983 Civil Right Law Suit
— Continuation —

List all Parties to Law Suit:
DR RODELIA M.D. - Defendant - DR. Elaina Rodelia - work
South Central Correctional Facility / Corecivic Inc.
555 Forrest Ave P.O. Box 279
Clifton, TN 38425

Nurse Practitioner Mary Dean NP - Defendant - work
South Central Correctional Facility / Corecivic Inc.
555 Forrest Ave P.O. Box 279
Clifton, TN 38425

Statement of Claims -Continued-

Mr Lambert has seen both Nurse Practioners, Nurses Ms Rich RN. RN, Ms Mosley and Dr Dean and has found out his condition is in a extreme levels that require chemo-therapy and pain medications that cannot and willnot be given here at Coreciuic. He's also seen DR ELANIA ODELA M.D.

Mr Lambert has requested numerous times to be moved to Special Needs to be able to get the care he needs to save his life. His Health gets worse every day, The medical staff, doctors, nurses and Nurse Practitioners denie Mr Lambert his Life Saving Medical care, medication and procedures he needs to continue to live. Mr Lambert was not sentenced to Life in Prison and should not be forced to die at the hands of inept doctors and a broken System. He is Treated as a bother and nusance rather than a Human being. He as well as everyone deserve to get the proper medical care rather Incarserated or not. He has now stage 3-4 liver cancer.

Relief: State what you want the courts to do for you.:

Mr. Lambert would ask this Honorable Court, Honorable Judge and Honorable Jury to place him at Deberry Special Needs Facility to be housed where he can get the proper care, medications and procedures needed to save his life, he is entitled to chemo-therapy and proper pain medications. Mr Lambert would show under the case of Scott MacArthur v. Derrick Schofield, TN dept of Corrections in 2014 in front of Honorable chief Judge William Haynes Jr. he ruled that the Commisioner does oversee all daily operations of the TDOC and that includes the medical departments of state and private prisons. Judge William Haynes Jr. also gave Authority to Judges to place prisioners in need of medical care to a prison where a Imate would recieve it. Mr Lambert is asking for the amount of $900,000.00 Nine Hundred thousand dollars, he is asking for the Defendants to pay Attorney fees, court cost, postage and any other cost fieling fee's diem ok by this court. He is asking to be placed at Deberry Special Needs in Nashville, TN untill the remainder of his sentence is Complete and his medical care is taken care of.

② Continued:
Tony Parker - Commissioner TN Dept of Corrections - Defendant
6th Floor Rachel Jackson Bldg.
320 6th Ave North
Nashville, TN 37243-0465
— see continuation sheet

III Place of Confindment:

Ⓐ South Central Correctional facility / Corecivic

Ⓑ Is there a Grievence Procedure:
(1) yes

Ⓒ Did you file a Grievence? What was the outcome?:

(1) yes filed one Form CR 1394

Outcome came back Policy states "You may not Grieve a medical procedure or diagnosis." No Appeal process.

IV Statement of Claim:
State the Facts of your claim, People, Places, Dates and events. Give no legal arguments or cases.

Ⓐ. In January of 2017 Mr Lambert was moved from West TN. High C/F to Trousdale Corecivic in Nashville, TN. At this time Mr Lambert was suffing from Liver Cancer and serocis of the liver along with other medical issues and was considered a Chronic Care Patien. At Trousdale Corecivic he was taken care of in a medical system that gave him some relief for his ailments until he could be placed at Deberry Special Needs or provided the care he was going to need by outside medical facilities and Doctors.
In 2018 Mr. Lambert was moved from Corecivic in Trousdale Nashville to South Central Correctional facility / Corecivic in Clifton, TN. After Arriving at South Central

Respectfully Submitted
This day 28, of August, 2021

sign * James Lambert 134319
print   James Lambert    #134319
        SCCF
        555 Forrest Ave. P.O. Box 279
        Clifton TN 38425


Certificate of Service

I swear a true and full copy of the foregoing USC 1983 Civil Rights Law suit was sent First Class U.S. mail to the following Defendants:

Corecivic/South Central Correctional Facility
555 Forrest Ave. P.O. Box 279
Clifton TN 38425
ATTN: Warden Perry.

TN Dept of Corrections Commissioner's office
Tony Parker commissioner
6th Floor Rachel Jackson Bldg.
320 6th Ave North
Nashville, TN 37243-0465

Dr. ODella M.D. - Elania ODela M.D./Nurse Practitioner    Dean NP
South Central Correctional Facility
555 Forrest Ave P.O. Box 279
Clifton, TN 38425

James Lambert # 134315
SCCF
555 Forrest Ave P.O. Box 279
Clifton, TN 38425




U.S. District Court, Middle District of Tennessee
Nashville Clerk's Office
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
in Clerk's Office
SEP - 7 2021
U.S. District Court
Middle District of TN

37203$3869 C046

CCA/SOUTH CENTRAL
Has Neither Inspected
Nor Censored And Is